ACCEPTED
06-15-00059-CR
SIXTH COURT OF APPEALS
TEXARKANA, TEXAS
6/1/2015 6:12:04 PM
DEBBIE AUTREY
CLERK

## NO. 06-15-00059-CR

| | | | |
|---|---|---|---|
| **JAMES WAYNE WALSH** | § | IN THE | FILED IN<br>6th COURT OF APPEALS<br>TEXARKANA, TEXAS |
| | § | | 6/1/2015 6:12:04 PM |
| **VS.** | § | **6th COURT** | DEBBIE AUTREY |
| | § | | Clerk |
| **SATE OF TEXAS** | § | **OF APPEALS** | |

### MOTION TO EXTEND TIME TO FILE APPELLANT'S BRIEF

## TO THE HONORABLE JUSTICES OF SAID COURT:

Now comes James Wayne Walsh, Appellant in the above styled and numbered cause, and moves this Court to grant an extension of time to file appellant's brief, pursuant to Rule 38.6 of the Texas Rules of Appellate Procedure, and for good cause shows the following:

1. This case is on appeal from the 196TH Judicial District Court of Hunt County, Texas.

2. The case below was styled the <u>STATE OF TEXAS vs. James Wayne Walsh</u>, and numbered 28,919.

3. Appellant was convicted of Evading Arrest with a Vehicle

4. Appellant was assessed a sentence of 45 years on February 12, 2015.

5. Notice of appeal was given on February 17, 2015.

6. The clerk's record was filed on April 22, 2015; the reporter's record was filed on April 20, 2015.

7.     The appellate brief is presently due on June 1, 2015.

8.     Appellant requests an extension of time of 30 days from the present date, i.e. July 1, 2015.

9.     No extension to file the brief has been received in this cause.

10.    Defendant is currently incarcerated.

11.    Appellant relies on the following facts as good cause for the requested extension:

Appellant's attorney, Jason A. Duff has begun a review the several volumes in the reporter's record and the clerk's record the record; however, Appellant's counsel requests additional time to sufficiently develop the arguments material to the brief.

Counsel attended a CLE conference in Austin from May 14 through 16, 2015.

Counsel is also appointed in:

Mark Eugene Engle v. The State of Texas, Appellate Case Number: 06-14-00239-CR with a brief Due also on June 1, 2015.

Shahid Karriem Ansari, III. v. The State of Texas, Appellate Case Number: 06-14-00220-CR with a brief Due on June 22, 2015.

Pamela Diane Contreras v. The State of Texas, Appellate Case Number: 05-15-00544-CR with a brief Due on June 22, 2015.

Counsel prepared for and represented his clients for a Final Trial of two related Termination of Parental rights cases in *In the Interest of J.N. and J.N.* in Cause No 81,156 in the 196th District Court and *In the Interest of J.F., J.L and J.N.* in Cause No 80,884 in the 196th District Court on May 28, 2015.

Counsel prepared for and represented his clients in an Adversarial hearings in Hunt County Child Protection Court for Northeast Texas #2 on June 3, 2015 and on June 5, 2015 in several separate cases.

**WHEREFORE, PREMISES CONSIDERED**, Appellant prays that this Court grant this Motion To Extend Time to File Appellant's Brief, and for such other and further relief as the Court may deem appropriate.

Respectfully submitted,

JASON A DUFF
2615 Lee St.
P.O. Box 11
GREENVILLE, TX 75069
Tel: 903.455.1991
Fax: 903.455.1417


By:   */s/ Jason A. Duff*
     Jason A. Duff
     State Bar No. 24059696
     jasonaduff@hotmail.com
     Attorney for James Wayne Walsh

## **CERTIFICATE OF SERVICE**

This is to certify that on June 1, 2015, a true and correct copy of the above and foregoing document was served on the District Attorney's Office, Hunt County, by electronic service through the Electronic Filing Manager.


_/s/ Jason A. Duff_
Jason A. Duff